COM.

v.

**NELLOM, F.**

**2178 EDA 2016**

Superior Court of Pennsylvania.

05/02/2017

Reargument Denied 6/15/2017

CP–23–CR–0008070–2013 (Delaware)

Appeal Dismissed

COM.

v.

**DUELL, S.**

**2467 EDA 2016**

Superior Court of Pennsylvania.

5/2/2017

CP–15–CR–0002216–2012 (Chester)

Affirmed

COM.

v.

**HEADEN, N.**

**2697 EDA 2016**

Superior Court of Pennsylvania.

05/02/2017

CP–23–CR–0002384–1995 (Delaware)

Affirmed

COM.

v.

**RAMZEE, M.**

**3224 EDA 2016**

Superior Court of Pennsylvania.

05/02/2017

CP–13–CR–0000047–1998 (Carbon)

Affirmed

COM.

v.

**RICE, S.**

**48 MDA 2016**

Superior Court of Pennsylvania.

05/02/2017

CP–21–CR–0003481–2012 (Cumberland)

Vacated/Affirmed